702

denied. *Messrs. John H. Bruninga* and *John H. Sutherland* for petitioners. *Mr. George L. Wilkinson* for respondent.

No. 141. PINKUSSOHN *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. I. Harvey Levinson* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 142. CITIZENS BANK & TRUST CO. *v.* MELLON NATIONAL BANK. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elbert E. Godwin* for petitioner. *Messrs. William Wallace Booth, Benjamin E. Carter, A. L. Burford,* and *Willis B. Smith* for respondent.

No. 148. OGDEN *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. John Ogden, pro se. Solicitor General Reed, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney, Harry LeRoy Jones,* and *Edward First* for respondents.

No. 151. CRICHTON *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William J. Hughes, Jr., William E. Leahy, Dorsey K.*